838 A.2d 650

**Willie Earl McCLELLAN, Appellant,**

**v.**

**Superintendent LOVE & Institutional Safety Manager R. Reed, et al., Appellees.**

Supreme Court of Pennsylvania.

Dec. 17, 2003.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of December, 2003, the above captioned appeal is quashed as the order appealed is non-final. Rule 341, Pa.R.A.P.